**UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION**

In re: §
§
KRAINIK, DAIL § Case No. 6:12-bk-05832-KSJ
KRAINIK, SUSAN §
§
Debtor(s) §

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter       of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on             .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]                $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

    5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

    6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

    7. The Trustee's proposed distribution is attached as **Exhibit D**.

    8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

    The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/CARLA MUSSELMAN, TRUSTEE_____
                                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

ASSET CASES

Page: 1

Exhibit A

| Case No: | 12-05832 KSJ Judge: Chief Karen S. Jennemann | Trustee Name: | CARLA MUSSELMAN, TRUSTEE |
|---|---|---|---|
| Case Name: | KRAINIK, DAIL | Date Filed (f) or Converted (c): | 04/30/12 (f) |
| | KRAINIK, SUSAN | 341(a) Meeting Date: | 06/06/12 |
| For Period Ending: | 09/23/13 | Claims Bar Date: | 11/19/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Property: 5442 Ward Lake Drive, Port Orange | 151,000.00 | 0.00 | OA | 0.00 | FA |
| 2. Checking - Space Coast Credit Union | 0.88 | 0.00 | | 0.00 | FA |
| 3. Savings - Space Coast Credit Union | 5.00 | 0.00 | | 0.00 | FA |
| 4. Checking Account - Space Coast Credit Union | 500.00 | 500.00 | | 0.00 | FA |
| 5. Pay Pal account - debit card | 20.00 | 0.00 | | 0.00 | FA |
| 6. Household Goods | 1,500.00 | 20.00 | | 0.00 | FA |
| 7. Collectibles | 25.00 | 0.00 | | 0.00 | FA |
| 8. Clothing | 150.00 | 0.00 | | 0.00 | FA |
| 9. Jewelry | 75.00 | 0.00 | | 0.00 | FA |
| 10. Hobby Equipment | 250.00 | 25.88 | | 0.00 | FA |
| 11. IRA - Fidelity | 43,000.00 | 0.00 | | 0.00 | FA |
| 12. 557 Municpal Employees Retirement - Nationwide Ret | 25,000.00 | 0.00 | | 0.00 | FA |
| 13. 401(k) Hewitt Associates | 13,000.00 | 0.00 | | 0.00 | FA |
| 14. 401(k) - John Hancock | 3,000.00 | 0.00 | | 0.00 | FA |
| 15. IRA - Vanguard | 226.00 | 0.00 | | 0.00 | FA |
| 16. 1997 Toyota Camry - VIN: 4T1BG22K0VU114087 | 3,000.00 | 1,000.00 | | 1,000.00 | FA |
| 17. 2005 Kia Optima - VIN: KNAGD126855383445 | 2,800.00 | 2,800.00 | | 2,800.00 | FA |
| 18. 1990 Suzuki Motorcycle - VIN: JS1VS51A7L2100443 | 100.00 | 100.00 | | 100.00 | FA |
| 19. 2 small dogs | 20.00 | 0.00 | | 0.00 | FA |
| 20. 2012 Income Tax Refund (u) | Unknown | 1,624.26 | | 1,624.26 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 0.01 | FA |

Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $243,671.88   $6,070.14   $5,524.27   $0.00

(Total Dollar Amount

PFORM1   **UST Form 101-7-TFR (5/1/2011)** *(Page: 3)*   Ver: 17.03

FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page: 2

Exhibit A

| Case No: | 12-05832 KSJ Judge: Chief Karen S. Jennemann | Trustee Name: | CARLA MUSSELMAN, TRUSTEE |
|---|---|---|---|
| Case Name: | KRAINIK, DAIL | Date Filed (f) or Converted (c): | 04/30/12 (f) |
| | KRAINIK, SUSAN | 341(a) Meeting Date: | 06/06/12 |
| | | Claims Bar Date: | 11/19/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| | | | | | in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

06/06/12: 341 meeting held and concluded
08/17/12: Notice of assets filed
Global buyback negotiated in the total amount of $3,900.00 ( See assets 16, 17 and 18 )
03/26/13: Trustee reviewed claims

RE PROP# 1---10/01/12: Notice of Abandonment filed
RE PROP# 16---07/19/12: Negotiated buyback $1,000.00 over time beginning 08/25/12
   08/12: Received executed agreement and proof of insurance through Geico naming trustee as loss payee
    Exp 10/01/12: Notice of Intent to Sell filed
   11/12: Rcv'd Geico Ins naming trustee as loss payee Eff: 12/30/12
RE PROP# 17---07/19/12: Negotiated buyback of $2,800.00 over time beginning 08/25/12
   08/12: Received original title in the name of Dail A Krainik or Susan D Krainik, executed agreement
   and proof of insurance through Geico naming trustee as loss payee
   10/01/12: Notice of Intent to Sell filed
   11/12: Rcv'd Geico Ins naming trustee as loss payee Eff: 12/30/12
   03/13: Report of sale filed for all assets.
RE PROP# 18---07/19/12: Mailed negotiated buyback $100.00 over time beginning 8/25/12
   08/12: Received executed agreement
   10/01/12: Notice of Intent to Sell filed
RE PROP# 20---08/12: Received executed agreement
   01/06/13: IRS intercept letter mailed to IRS and reminder notice mailed to debtor(s)
   03/21/13: Mailed reminder notice
   04/2013: Rcv'd return indicating a $4,922 refund with no EIC

Initial Projected Date of Final Report (TFR): 08/31/13    Current Projected Date of Final Report (TFR): 10/30/13

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 12-05832 -KSJ | | Trustee Name: | CARLA MUSSELMAN, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | KRAINIK, DAIL | | Bank Name: | UNION BANK |
| | KRAINIK, SUSAN | | Account Number / CD #: | *******1227 Checking Account |
| Taxpayer ID No: | *******9213 | | | |
| For Period Ending: | 09/23/13 | | Blanket Bond (per case limit): | $ 32,041,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/07/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 1,073.11 | | 1,073.11 |
| 11/27/12 | | DAIL KRAINIK<br>5442 WARD LAKE DRIVE<br>PORT ORANGE, FL  32128 | Buyback Installment | 1129-000 | 325.00 | | 1,398.11 |
| 11/27/12 | 17 | Asset Sales Memo: | 2005 Kia Optima - VIN: KNAGD126855383445  $325.00 | | | | 1,398.11 |
| 12/27/12 | | DAIL KRAINIK<br>5442 WARD LAKE DRIVE<br>PORT ORANGE, FL  32128 | Buyback Installment | 1129-000 | 325.00 | | 1,723.11 |
| 12/27/12 | 17 | Asset Sales Memo: | 2005 Kia Optima - VIN: KNAGD126855383445  $325.00 | | | | 1,723.11 |
| 01/14/13 | | DAIL KRAINIK<br>5442 WARD LAKE DRIVE<br>PORT ORANGE, FL  32128 | Buyback Installment | 1129-000 | 2,175.00 | | 3,898.11 |
| 01/14/13 | 16 | Asset Sales Memo: | 1997 Toyota Camry - VIN: 4T1BG22K0VU114087  $1,000.00 | | | | 3,898.11 |
| 01/14/13 | 17 | Asset Sales Memo: | 2005 Kia Optima - VIN: KNAGD126855383445  $1,075.00 | | | | 3,898.11 |
| 01/14/13 | 18 | Asset Sales Memo: | 1990 Suzuki Motorcycle - VIN: JS1VS51A7L2100443  $100.00 | | | | 3,898.11 |
| 01/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 3,883.11 |
| 02/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 3,868.11 |
| 03/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 3,853.11 |
| 04/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 3,838.11 |
| 05/20/13 | | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Income Tax refund | 1224-000 | 4,922.00 | | 8,760.11 |
| 05/20/13 | 20 | Asset Sales Memo: | 2012 Income Tax Refund  $1,624.26 | | | | 8,760.11 |
| 05/28/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 8,745.11 |
| 06/20/13 | 003001 | DAIL KRAINIK and<br>KRAINIK, SUSAN<br>5442 WARD LAKE DRIVE<br>PORT ORANGE, FL  32128 | Refund to Debtor of exempt funds<br>Prorata income tax refund proceeds based on petition filing date | 8100-002 | | 3,297.74 | 5,447.37 |
| 06/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 5,432.37 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 12-05832 -KSJ | Trustee Name: | CARLA MUSSELMAN, TRUSTEE |
|---|---|---|---|
| Case Name: | KRAINIK, DAIL | Bank Name: | UNION BANK |
| | KRAINIK, SUSAN | Account Number / CD #: | *******1227 Checking Account |
| Taxpayer ID No: | *******9213 | | |
| For Period Ending: | 09/23/13 | Blanket Bond (per case limit): | $ 32,041,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Account | | Balance Forward | | 0.00 | | 1 Checks | | 3,297.74 |
|---|---|---|---|---|---|---|---|---|
| *******1227 | 10 | Deposits | | 7,747.00 | | 6 Adjustments Out | | 90.00 |
| | 0 | Interest Postings | | 0.00 | | 0 Transfers Out | | 0.00 |
| | | Subtotal | $ | 7,747.00 | | Total | $ | 3,387.74 |
| | 0 | Adjustments In | | 0.00 | | | | |
| | 1 | Transfers In | | 1,073.11 | | | | |
| | | Total | $ | 8,820.11 | | | | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit B

| Case No: | 12-05832 -KSJ | | Trustee Name: | CARLA MUSSELMAN, TRUSTEE |
|---|---|---|---|---|
| Case Name: | KRAINIK, DAIL | | Bank Name: | BANK OF AMERICA, N.A. |
| | KRAINIK, SUSAN | | Account Number / CD #: | *******6002  BofA - Money Market Account |
| Taxpayer ID No: | *******9213 | | | |
| For Period Ending: | 09/23/13 | | Blanket Bond (per case limit): | $ 32,041,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/17/12 | | DAIL KRAINIK<br>5442 WARD LAKE DRIVE<br>PORT ORANGE, FL  32128 | Buyback Installment | 1129-000 | 425.00 | | 425.00 |
| 08/17/12 | 17 | Asset Sales Memo: | 2005 Kia Optima - VIN: KNAGD126855383445  $425.00 | | | | 425.00 |
| 09/21/12 | | DAIL KRAINIK<br>5442 WARD LAKE DRIVE<br>PORT ORANGE, FL  32128 | Buyback Installment | 1129-000 | 325.00 | | 750.00 |
| 09/21/12 | 17 | Asset Sales Memo: | 2005 Kia Optima - VIN: KNAGD126855383445  $325.00 | | | | 750.00 |
| 09/28/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 0.53 | 749.47 |
| 10/22/12 | | DAIL KRAINIK<br>5442 WARD LAKE DRIVE<br>PORT ORANGE, FL  32128 | Buyback Installment | 1129-000 | 325.00 | | 1,074.47 |
| 10/22/12 | 17 | Asset Sales Memo: | 2005 Kia Optima - VIN: KNAGD126855383445  $325.00 | | | | 1,074.47 |
| 10/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 1,074.48 |
| 10/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 1.11 | 1,073.37 |
| 11/07/12 | | BANK OF AMERICA, N.A.<br>901 MAIN STREET<br>10TH FLOOR<br>DALLAS, TX  75283 | BANK FEES | 2600-000 | | 0.26 | 1,073.11 |
| 11/07/12 | | Trsf To UNION BANK | FINAL TRANSFER | 9999-000 | | 1,073.11 | 0.00 |

| Account ******6002 | | Balance Forward | 0.00 | | 0 Checks | 0.00 |
|---|---|---|---|---|---|---|
| | 6 | Deposits | 1,075.00 | | 3 Adjustments Out | 1.90 |
| | 1 | Interest Postings | 0.01 | | 1 Transfers Out | 1,073.11 |
| | | Subtotal | $ 1,075.01 | | | |
| | 0 | Adjustments In | 0.00 | | Total | $ 1,075.01 |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 1,075.01 | | | |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: | 12-05832 -KSJ | |
| Case Name: | KRAINIK, DAIL | |
| | KRAINIK, SUSAN | |
| Taxpayer ID No: | *******9213 | |
| For Period Ending: | 09/23/13 | |

| | | |
|---|---|---|
| Trustee Name: | CARLA MUSSELMAN, TRUSTEE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******6002  BofA - Money Market Account |
| Blanket Bond (per case limit): | $ 32,041,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Report Totals

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Balance Forward | 0.00 | | | |
| 16 | Deposits | 8,822.00 | | 1 | Checks | 3,297.74 |
| 1 | Interest Postings | 0.01 | | 9 | Adjustments Out | 91.90 |
| | | | | 1 | Transfers Out | 1,073.11 |
| | Subtotal | $ | 8,822.01 | | | |
| | | | | | Total | $ 4,462.75 |
| 0 | Adjustments In | 0.00 | | | | |
| 1 | Transfers In | 1,073.11 | | | | |
| | Total | $ | 9,895.12 | | Net Total Balance | $ 5,432.37 |

# Middle District of Florida
# Claims Register

### 6:12-bk-05832-KSJ Dail Krainik and Susan Krainik

*Trustee claims received 11/19/12* (handwritten annotation)

**Chief:** Karen S. Jennemann     **Chapter:** 7
**Office:** Orlando     **Last Date to file claims:** 11/19/2012
**Trustee:** Carla P Musselman     **Last Date to file (Govt):**

| Creditor: (22407523) | Claim No: 1 | Status: |
|---|---|---|
| American InfoSource LP as agent for Target<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Original Filed Date: 08/20/2012<br>Original Entered Date: 08/20/2012 | Filed by: CR<br>Entered by: American Infosource (BH)<br>Modified: |

*unsecured* Amount claimed: **$12818.90**

History:

   Details   1-1   08/20/2012   Claim #1 filed by American InfoSource LP as agent for, Amount claimed: $12818.90 (American Infosource (BH))

Description: cc
Remarks: 9767 / 4814 (handwritten)

| Creditor: (22416696) | Claim No: 2 | Status: |
|---|---|---|
| Merrick Bank<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Original Filed Date: 08/22/2012<br>Original Entered Date: 08/22/2012 | Filed by: CR<br>Entered by: Resurgent Capital Services<br>Modified: |

*unsecured* Amount claimed: **$581.94**
Secured claimed: $0.00

History:

   Details   2-1   08/22/2012   Claim #2 filed by Merrick Bank, Amount claimed: $581.94 (Resurgent Capital Services)

Description: cc
Remarks: 6599 (handwritten)

| Creditor: (22420241) | Claim No: 3 | Status: |
|---|---|---|
| Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Original Filed Date: 08/23/2012<br>Original Entered Date: 08/23/2012 | Filed by: CR<br>Entered by: Discover Bank DB Servicing Corp (RC)<br>Modified: |

*unsecured* Amount claimed: **$12182.70**

History:

   Details   3-1   08/23/2012   Claim #3 filed by Discover Bank, Amount claimed: $12182.70 (Discover Bank DB Servicing Corp (RC))

Description: cc
Remarks: 2742 (handwritten)

*[handwritten left margin: MIDLAND FUNDING]*

Creditor: (22433322)
GE Capital Retail Bank
c/o Recovery Management Systems Corp
25 SE 2nd Ave Suite 1120
Miami FL 33131-1605

Claim No: 4
Original Filed Date: 08/27/2012
Original Entered Date: 08/27/2012

Status:
Filed by: CR
Entered by: GE Money Bank
Modified:

*[handwritten: unsecured]* Amount claimed: $3339.02    *[handwritten: TXR 1/24/13]*

History:

Details   4-1   08/27/2012 Claim #4 filed by GE Capital Retail Bank, Amount claimed: $3339.02 (GE Money Bank)

Description:
Remarks: (4-1) SAM'S CLUB or GEMB    *[handwritten: 7083 cc]*

---

*[handwritten left margin: MIDLAND FUNDING]*

Creditor: (22433322)
GE Capital Retail Bank
c/o Recovery Management Systems Corp
25 SE 2nd Ave Suite 1120
Miami FL 33131-1605

Claim No: 5
Original Filed Date: 08/27/2012
Original Entered Date: 08/27/2012

Status:
Filed by: CR
Entered by: GE Money Bank
Modified:

*[handwritten: unsecured]* Amount claimed: $2262.62    *[handwritten: TXR 1/20/13]*

History:

Details   5-1   08/27/2012 Claim #5 filed by GE Capital Retail Bank, Amount claimed: $2262.62 (GE Money Bank)

Description:
Remarks: (5-1) OLD NAVY or GEMB    *[handwritten: cc 6302]*

---

Creditor: (22482296)
American Express Centurion Bank
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

Claim No: 6
Original Filed Date: 09/07/2012
Original Entered Date: 09/07/2012

Status:
Filed by: CR
Entered by: Thomas A Lee, III
Modified:

*[handwritten: unsecured]* Amount claimed: $17054.08

History:

Details   6-1   09/07/2012 Claim #6 filed by American Express Centurion Bank, Amount claimed: $17054.08 (Lee, Thomas)

Description: (6-1) CREDIT CARD DEBT
Remarks:    *[handwritten: 1005]*

---

Creditor: (21961120)
Credit First
Po Box 818011
Cleveland, OH 44181

Claim No: 7
Original Filed Date: 09/26/2012
Original Entered Date: 09/26/2012

Status:
Filed by: CR
Entered by: Credit First NA (LW)
Modified:

Amount claimed: $2148.59

History:

Details   7-1   09/26/2012 Claim #7 filed by Credit First, Amount claimed: $2148.59 (Credit First NA (LW))

Description:
Remarks:    *[handwritten: 7731/5229 cc]*

| | | | |
|---|---|---|---|
| Creditor:    (22640012)<br>Capital One, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712 | **Claim No: 8**<br>Original Filed<br>Date: 10/19/2012<br>Original Entered<br>Date: 10/19/2012 | Status:<br>Filed by: CR<br>Entered by: Auto-Claim Filer<br>Modified: | |

*unsecured* Amount claimed: $6300.78

History:

Details    8-1    10/19/2012 Claim #8 filed by Capital One, N.A., Amount claimed: $6300.78 (Auto-Claim Filer)

Description:

Remarks: (8-1) Account Number (last 4 digits):6031    CC Best Buy / HSBC

| | | | |
|---|---|---|---|
| Creditor:    (22654566)<br>Citibank, N.A.<br>c/o American InfoSource LP<br>PO Box 248840<br>Oklahoma City, OK 73124-8840 | **Claim No: 9**<br>Original Filed<br>Date: 10/24/2012<br>Original Entered<br>Date: 10/24/2012 | Status:<br>Filed by: CR<br>Entered by: Auto-Claim Filer<br>Modified: | |

*unsecured* Amount claimed: $14589.91

History:

Details    9-1    10/24/2012 Claim #9 filed by Citibank, N.A., Amount claimed: $14589.91 (Auto-Claim Filer)

Description:

Remarks: (9-1) Account Number (last 4 digits):5398    CC

| | | | |
|---|---|---|---|
| Creditor:    (22738115)<br>Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | **Claim No: 10**<br>Original Filed<br>Date: 11/15/2012<br>Original Entered<br>Date: 11/15/2012 | Status:<br>Filed by: CR<br>Entered by: Portfolio Recovery Associates, LLC<br>Modified: | |

*unsecured* Amount claimed: $18505.99

History:

Details    10-1    11/15/2012 Claim #10 filed by Portfolio Recovery Associates, LLC, Amount claimed: $18505.99 (Portfolio Recovery Associates, LLC)

Description:    CC    USBank
Remarks:    Visa    3309    Harley-Davidson

### Claims Register Summary

Case Name: Dail Krainik and Susan Krainik
Case Number: 6:12-bk-05832-KSJ
Chapter: 7
Date Filed: 04/30/2012
Total Number Of Claims: 10

| Total Amount Claimed* | $89784.53 |
|---|---|
| Total Amount Allowed* | |

*Includes general unsecured claims

The values are reflective of the data entered. Always refer to claim documents for actual amounts.

|  | Claimed | Allowed |
|---|---|---|
| Secured | $0.00 | |
| Priority | | |
| Administrative | | |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/19/2012 10:26:09 | | | |
| PACER Login: | cm1112 | Client Code: | |
| Description: | Claims Register | Search Criteria: | 6:12-bk-05832-KSJ Filed or Entered From: 1/1/2012 Filed or Entered To: 12/31/2012 |
| Billable Pages: | 1 | Cost: | 0.10 |

CONTINUED

# Middle District of Florida
# Claims Register

### 6:12-bk-05832-KSJ Dail Krainik and Susan Krainik

**Chief:** Karen S. Jennemann  **Chapter:** 7
**Office:** Orlando  **Last Date to file claims:** 11/19/2012
**Trustee:** Carla P Musselman  **Last Date to file (Govt):**

| Creditor: (21961126)<br>Halifax Health<br>303 N. Clyde Morris Blvd.<br>Daytona Beach, FL 32114 | Claim No: 11<br>Original Filed Date: 11/19/2012<br>Original Entered Date: 11/19/2012 | Status:<br>Filed by: CR<br>Entered by: Shelly L Shiflet<br>Modified: |
|---|---|---|

**Amount claimed:** $1718.00

**History:** SVS

| Details | 11-1 | 11/19/2012 | Claim #11 filed by Halifax Health, Amount claimed: $1718.00 (Shiflet, Shelly) |

**Description:**
**Remarks:**

## Claims Register Summary

REVIEWED BY CLC
AUG 29 2013

REVIEWED BY
SEP 23, 2013

**Case Name:** Dail Krainik and Susan Krainik
**Case Number:** 6:12-bk-05832-KSJ
**Chapter:** 7
**Date Filed:** 04/30/2012
**Total Number Of Claims:** 1

| Total Amount Claimed* | $1718.00 |
|---|---|
| Total Amount Allowed* | |

*Includes general unsecured claims

The values are reflective of the data entered. Always refer to claim documents for actual amounts.

| | Claimed | Allowed |
|---|---|---|
| Secured | | |
| Priority | | |
| Administrative | | |

| PACER Service Center |
|---|
| Transaction Receipt |
| 08/30/2013 08:52:29 |

| PACER Login: | cm1112 | Client Code: | |
|---|---|---|---|
| Description: | Claims Register | Search Criteria: | 6:12-bk-05832-KSJ Claim Number From: 11 Claim Number To: 100 Filed or Entered From: 1/1/1985 Filed or Entered To: 12/31/2013 |
| Billable Pages: | 1 | Cost: | 0.10 |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 6:12-bk-05832-KSJ
Case Name: KRAINIK, DAIL
              KRAINIK, SUSAN
Trustee Name: CARLA MUSSELMAN, TRUSTEE

      Balance on hand                           $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: CARLA MUSSELMAN, TRUSTEE | $ | $ | $ |
| Trustee Expenses: CARLA MUSSELMAN, TRUSTEE | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses     $_____
    Remaining Balance     $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $      must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 01 | American InfoSource LP | $ | $ | $ |
| 02 | Merrick Bank | $ | $ | $ |
| 03 | Discover Bank | $ | $ | $ |
| 04 | Midland Funding LLC | $ | $ | $ |
| 05 | Midland Funding LLC | $ | $ | $ |
| 06 | American Express Centurion Bank | $ | $ | $ |
| 07 | Credit First | $ | $ | $ |
| 08 | Capital One, N.A. | $ | $ | $ |
| 09 | Citibank, N.A. | $ | $ | $ |
| 10 | Portfolio Recovery Associates, LLC | $ | $ | $ |
| 11 | Halifax Health | $ | $ | $ |

    Total to be paid to timely general unsecured creditors    $_____

    Remaining Balance    $_____

Tardily filed claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be        percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $          have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be        percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE